360 A.2d 655
Commonwealth v. Hill, Appellant.

Argued June 17, 1976.   Albert L. Becker, for appellant;   Laurence H. Brown, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

360 A.2d 644
Commonwealth v. Johnson, Appellant.

Argued June 15, 1976. Lewis J. Bott, Assistant Public Defender, with him James M. Reinert, Public Defender, for appellant;  Thomas J. Glenn, Jr., Assistant District Attorney, and Patrick J. Toole, Jr., District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.